**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White, | ) No. CV 08-8139-PCT-GMS |
| Petitioner, | ) <u>DEATH PENALTY CASE</u> |
| v. | ) **ORDER** |
| Charles L. Ryan, et al., | ) |
| Respondents. | ) |

Pending before the Court is Petitioner's Motion to Seal. (Doc. 161.) For the reasons set forth in the Court's Order of May 11, 2010, the Court finds good cause to file the lodged exhibits under seal. Accordingly,

**IT IS ORDERED** that Petitioner's Motion to File Exhibits Under Seal (Doc. 161) is **GRANTED**. The Clerk of the Court shall file the lodged Exhibits (Doc. 162-171) under seal.

DATED this 30th day of July, 2010.

G. Murray Snow
United States District Judge

cc: all counsel