# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White,<br><br>　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV 08-8139-PCT-GMS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

The Court has received the competency evaluation from its independent expert, Dr. Sally Johnson. For the reasons set forth in its May 11, 2010 Order, the Court finds good cause to file this report under seal. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court file the report of Dr. Sally Johnson under seal.

**IT IS FURTHER ORDERED** that the Clerk of Court distribute paper copies of Dr. Johnson's report to all counsel of record.

DATED this 20th day of August, 2010.

　　　　　　　　　　G. Murray Snow
　　　　　　　　　United States District Judge