**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White, | No. CV 08-8139-PCT-GMS |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents. | |

Before the Court is Petitioner's Motion to Seal, and the parties' Joint Motion for Status Conference. (Docs. 180, 182.) For the reasons set forth in the Court's Order of May 11, 2010, the Court finds good cause to file the lodged exhibits under seal. The Court also finds good cause for the requested status conference. Accordingly,

**IT IS HEREBY ORDERED GRANTING** Petitioner's Motion to File Exhibits Under Seal (Doc. 180). The Clerk of the Court shall file the lodged exhibits (Doc. 181) under seal.

**IT IS FURTHER ORDERED GRANTING** the Joint Motion for Status Conference (Doc. 182) and setting a conference for **Tuesday, September 28, 2010, at 4:45 p.m.**

DATED this 31st day of August, 2010.

G. Murray Snow
United States District Judge

cc: All Counsel