**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV 08-8139-PCT-GMS<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Before the Court is Petitioner's Motion to File Under Seal. (Doc. 191.) For the reasons set forth in the Court's Order of May 11, 2010, the Court finds good cause to file the lodged notice under seal. Accordingly,

**IT IS ORDERED** that Petitioner's Motion to File Under Seal (Doc. 191) is **GRANTED**. The Clerk of Court shall file the lodged Notice (Doc. 192) under seal.

DATED this 1st day of November, 2010.

*/s/ G. Murray Snow*
G. Murray Snow
United States District Judge

cc:   All Counsel