**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White,<br><br>    Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV 08-8139-PCT-GMS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

There being no objection and good cause appearing,

**IT IS ORDERED** that Respondents' Motion to Reconsider Court Order of October 28, 2010 (Doc. 195) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's Order of October 28, 2010, is amended as follows: Respondents are authorized to transfer Petitioner to the Arizona State Prison Complex–Phoenix, Alhambra Unit.

DATED this 4th day of November, 2010.

_G. Murray Snow_
United States District Judge