**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White,<br><br>Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV 08-8139-PCT-GMS<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

On May 16, 2011, the Court held a status conference in this matter. At the conference, counsel for Respondents indicated the existence of a conflict between the Arizona State Hospital and the Arizona Department of Corrections over responsibility for competency restoration treatment of Petitioner. Because of this conflict, the Court has yet to receive a proposed treatment plan. Accordingly, the Court will vacate the forcible medication hearing set for July 21, 2011, and direct Respondents to provide the Court with periodic status reports as to when, and if, they will have a proposed competency restoration treatment plan for Petitioner.

Also before the Court is Respondents' unopposed Motion to Seal Document. (Doc. 221.) For the reasons set forth in the Court's order of May 11, 2010, the Court finds good cause to file the lodged document under seal.

Based on the foregoing,

**IT IS ORDERED** that the hearing set for July 21, 2011, is **VACATED**.

**IT IS FURTHER ORDERED** that beginning **June 15, 2011**, and every thirty days thereafter, Respondents shall file a status report updating the Court on when, or if, a competency restoration treatment plan will be proposed.

**IT IS FURTHER ORDERED** that Respondents' Motion to Seal Document (Doc. 221) is **GRANTED**.  The Clerk of Court shall filed the lodged document (Doc. 218) under seal.

DATED this 6th day of June, 2011.

*G. Murray Snow*
G. Murray Snow
United States District Judge