**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White,<br><br>　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV 08-8139-PCT-GMS<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pursuant to the discussion held during a status conference on January 18, 2013,

**IT IS HEREBY ORDERED** that Respondents' Motion to Lift Stay and Vacate Order for Competency Restoration in Light of Ryan v. Gonzales (Doc. 255) is **GRANTED**.

**IT IS FURTHER ORDERED** lifting the stay of proceedings entered on September 9, 2010 (Doc. 186).

**IT IS FURTHER ORDERED** terminating the representation of Petitioner by Kerrie Droban, Esq. Ms. Droban shall immediately submit a final voucher for any outstanding billable time.

**IT IS FURTHER ORDERED** setting the following briefing schedule:

1. Petitioner shall file an Amended Petition for Writ of Habeas Corpus no later than **May 20, 2013**.
2. Respondents shall file an Answer no later than **July 19, 2013**.
3. Petitioner shall file a Reply no later than **August 19, 2013**.

4. Any motion for evidentiary development shall be filed no later than **September 18, 2013**.

5. A response to any motion for evidentiary development shall be filed no later than **October 18, 2013**.

6. A reply to any response to a motion for evidentiary development shall be filed no later than **November 4, 2013**.

**IT IS FURTHER ORDERED** that the pleadings, briefs, and motions scheduled herein shall conform with the format set forth in the Court's Order of Appointment and General Procedures (Doc. 8). Each shall include a table of contents. Pursuant to Section I.D.3 of the District of Arizona's ECF Administrative Policies and Procedures Manual, the Court's courtesy copy shall be provided to the Capital Case Staff Attorney. Any document in excessive of fifty (50) pages shall be bound on the left and include tabs between any exhibits. In addition, the Court's courtesy copy shall be printed from ECF or PACER so that the ECF document and page number is on the header of each page.

DATED this 23rd day of January, 2013.

*G. Murray Snow*
United States District Judge