**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White, | No. CV-08-08139-PCT-SPL |
| Petitioner | |
| vs. | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents | |

To ensure efficient review and adjudication of Petitioner's federal habeas claims, it is essential that the Court obtain a copy of the state court record.

Accordingly,

**IT IS ORDERED** that the Clerk of the Arizona Supreme Court transmit a copy of the minutes, instruments and transcripts from Petitioner's trial and sentencing (Yavapai County Superior Court No. 12855); the minutes, instruments and transcripts from any Rule 32 proceedings in the possession of the Arizona Supreme Court; and a copy of any briefs filed in the Arizona Supreme Court (Arizona Supreme Court No. CR-96-0716-AP; any related Special Action proceedings; and any related petitions for review) to: Brian D. Karth, Clerk, United States District Court, 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that the Clerk of Court send a copy of this Order to: Janet Johnson, Clerk of the Arizona Supreme Court, 1501 W. Washington, Suite 402, Phoenix, Arizona 85007-3329.

Dated this 7th day of January, 2015.

Honorable Steven P. Logan
United States District Judge