**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ray White,<br><br>          Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>          Respondents. | No. CV-08-08139-PCT-SPL<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u> |

The Court of Appeals having issued its mandate in this case,

**IT IS ORDERED** that the Clerk of Court expeditiously return the state court records to the Clerk of the Arizona Supreme Court, 1501 W. Washington Street, Phoenix, Arizona 85007-3329.

Dated this 22nd day of October, 2018.

Honorable Steven P. Logan
United States District Judge